# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE V. QUILLAR,<br><br>                 Petitioner,<br>   v.<br>THE STATE OF CALIFORNIA,<br><br>                Respondent. | Case No. 14cv1823 BTM(PCL)<br><br>**ORDER DENYING MOTION FOR RELEASE PENDING APPEAL** |

In an order filed on August 26, 2014, the Court dismissed this action because it does not appear that Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive habeas petition. On January 2, 2015, Petitioner filed a Notice of Appeal. On March 26, 2015, the Court declined to issue a Certificate of Appealability.

On April 8, 2015, Petitioner filed a motion for release pending appeal. The Ninth Circuit has not yet decided whether a district court has the authority to release a state prisoner on bail pending an appeal of a habeas petition. In re Roe, 257 F.3d 1077, 1080 (9th Cir. 2001). However, even if the district court has such authority, it would be limited to "extraordinary cases involving special circumstances or a high probability of success." Id.; see also United States v. Mett, 41 F.3d 1281, 1282 (9th Cir. 1994) (quoting Land v. Deeds, 878 F.2d 318 (9th Cir. 1989)).

Petitioner has not made a showing of extraordinary circumstances or a high probability of success.  Therefore, his motion for release pending appeal is **DENIED**.

**IT IS SO ORDERED.**

DATED:  April 15, 2015

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court